Steven PATTERSON, Petitioner,

v.

OFFICE OF COMPLIANCE, Respondent.

No. 2009–6002.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2010.

Rehearing and Rehearing En Banc Denied Jan. 5, 2011.

Jeffrey H. Leib, of Washington, DC, argued for petitioner.

William Wachter, Attorney, Office of Compliance, of Washington, DC, argued for respondent. With him on the brief was Peter A. Eveleth, General Counsel.

GAJARSA, MAYER, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**